# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 99-5281 LJO |
| Plaintiff, | **ORDER FOR GOVERNMENT TO RESPOND TO DEFENDANT'S MOTION TO REDUCE SENTENCE** |
| vs. | (Doc. 75.) |
| JOSE CAIN PARTIDA-VARGAS, | |
| Defendant. | |

This Court ORDERS the United States of America, no later than April 4, 2012, to file and serve papers to respond to defendant Jose Cain Partida-Vargas' motion for sentence reduction (doc. 75), filed on March 9, 2012.

IT IS SO ORDERED.

**Dated:　March 14, 2012**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1